ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 2 2005
CLERK, U.S. DISTRICT COURT
By _____

| | | |
|---|---|---|
| ANICLETO MENDOZA-ZAPATA | ) | |
| | ) | |
| V. | ) | 3-03-CR-213-M |
| | ) | (3-05-CV-711-M) |
| UNITED STATES OF AMERICA | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12 day of August, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE